# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Pearson. Ronald G. | 2. Court or Organization<br><br>WVSB | 3. Date of Report<br><br>06/25/2013 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Robert C Byrd Courthouse
300 Virginia St. Room 6408
Charleston. WV 25301

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman. Board of Trustees | National Youth Science Foundation Inc. (A 501 C(3) nonprofit education foundation. Charleston. WV) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pearson, Ronald G. | 06/25/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Various | National Youth Science Foundation, Charleston, WV, program travel | $1,140.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | West Virginia Higher Education Policy Comm and |
| 2. 2012 | Amarak Consulting LLC, Charleston, WV; self employed financial consultant |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges, P O Box 5111, Charlotte, NC 28275-5111 | 3/19-3/22 | Miami, FL | Comm Meeting | Lodging, meals and travel expense |
| 2. | National Youth Science Foundation, P o Box 3387, Char, WV | 7/19-7/21 | Washington, D C | Science Ed Activity | Lodging, meals and travel exp |
| 3. | West Virginia State Bar CLE thru WV University, College of Law | 12/28 & 29 | Morgantow, WV | Speaker for Bankruptcy CLE | Lodging, meals and travel expense |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pearson, Ronald G.** | 06/25/2013 |

| | | | | | |
|---|---|---|---|---|---|
| 4. | National Conference 0f Bankruptcy Judges, P O Box 5111. Charlotte. NC 28275-5111 | 10/22-10/26 | San Diego, Ca | Comm Meetings and National Conference | Lodging, meals and travel expenses |
| 5. | National Youyh Science Foundation. P O Box 3387. Charleston. WV 25333 | various times | Charleston, WV | Committee meetings | meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pearson, Ronald G.** | 06/25/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank USA | Credit card purchases for Court buys | J |
| 2. | Discover | Credit card purchases for daughter in med school | None |
| 3. | U S Airways Master Card | Transfer | J |
| 4. | Chase Bank | Mortgage on Fairmont rental property | J |
| 5. | American Education Services. Harrisburg. PA (purchased Grate Lakes Education loan) | Consolidated Parent Plus Education loan | L |
| 6. | Education Services, Utica NY | Consolidated Parent Plus Education Loan | K |
| 7. | American Express Co | Credit card purchases | None |
| 8. | Barkley Bank | mortgage for Fairmont property | K |
| 9. | BBandT | Line of credit | None |
| 10. | Chase Bank Visa | Quicken credit card purchases | None |

| Name of Person Reporting | Date of Report |
|---|---|
| Pearson, Ronald G. | 06/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 13 acres wookland, Kanawha Cty, W V | | None | K | W | | | | | |
| 2. (S) 13 acers woodland, Kanawha Cty, W V | | None | K | W | | | | | |
| 3. 1/6 int Cheat Mountain Club Inc (FN1 in Sec VII)Randolph, WV | D | Rent | M | W | | | | | |
| 4. Highland Bankshares stock | A | Int./Div. | J | T | | | | | |
| 5. Orbital Sciences Corp stock | | None | J | T | | | | | |
| 6. Fidelity Cash Reserves, Fidelity Investments | B | Int./Div. | K | T | | | | | |
| 7. 71 acres oil and gas Roane Cty, WV | | None | J | W | | | | | |
| 8. Charles Schwabe MMF(IRA) | A | Int./Div. | J | T | | | | | |
| 9. 1/2 interest in 2 bedroom Kiawah Is. S C condo | E | Rent | N | W | | | | | |
| 10. Northwestern Mutual Life Ins | B | Distribution | K | T | | | | | |
| 11. 1/2 interest in land in Marion Cty. WV | | None | L | W | | | | | |
| 12. 1/3 interest in Minerals, Marion County, WV | A | Rent | J | W | | | | | |
| 13. One bedroom rental house, Fairmont, WV | C | Rent | K | W | | | | | |
| 14. Two bedroom house w 2 lots in Fairmont, WV | C | Rent | K | W | | | | | |
| 15. Hartford 529 College Plan for Education, Etable Value Fund | D | Distribution | J | U | Redeemed (part) | 09/19/12 | J | A | |
| 16. Vanguard Emerging Markets Fnd | C | Distribution | K | T | | | | | |
| 17. Vanguard Pacific Stk Fnd | A | Distribution | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pearson, Ronald G. | 06/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard REIT Index Fnd | B | Distribution | J | T | | | | | |
| 19. Vanguard Mid Cap Index Fnd | A | Distribution | J | T | | | | | |
| 20. Vanguard small cap value Fnd | A | Distribution | J | T | | | | | |
| 21. 1/3 int in 12 acs on Cheat Bridge Mt top,Pochantas, WV FN3 | | None | M | W | | | | | |
| 22. Vanguard Mid Cap Index Fnd | A | Distribution | J | T | | | | | |
| 23. 2000 shs Hemisperix Bioprarma Inc common | | None | J | T | | | | | |
| 24. Fid Sel Energy Services Fnd | | None | | | Sold | 04/30/12 | K | B | |
| 25. 200 shs Bolt Technology Corp | | None | | | Sold | 01/30/12 | J | A | |
| 26. FundX Agressive upgrader Fnd | A | Distribution | J | T | | | | | |
| 27. Fid Sel Nat Gas Fnd | A | Distribution | J | T | | | | | |
| 28. Fid Sel Electronics Fnd | A | Distribution | J | T | | | | | |
| 29. 100 shs Orbital Science Corp | | None | J | T | | | | | |
| 30. Perkins Sml Cap Value fnd | A | Distribution | J | T | | | | | |
| 31. Fid Sel Comm Equip fnd | A | Distribution | | | Sold | 12/21/12 | K | B | |
| 32. Fid Sel Electronics fnd | A | Distribution | J | T | | | | | |
| 33. 200 shs Oneok stock | | None | | | Sold | 01/30/12 | K | H1 | |
| 34. Bidu Stock | | None | | | Sold | 08/23/12 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pearson, Ronald G. | 06/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Bidu stock | | None | K | T | | | | | |
| 36. CSKI stock | | None | | | Sold | 11/23/12 | J | | loss |
| 37. ATML stock | | None | | | Sold | 06/14/12 | J | A | |
| 38. Fid Sel Biotech Fnd | A | Distribution | J | T | | | | | |
| 39. Oneok stock | | None | | | Sold | 01/30/12 | J | B | |
| 40. Fid Mid Cap Stock Fnd | A | Distribution | J | T | | | | | |
| 41. Fid Real Estate Invest Fnd | A | Distribution | J | T | | | | | |
| 42. Fid Sel Med Equip Systems Fnd | A | Distribution | J | T | | | | | |
| 43. Fid Small Cap Opp Fnd | A | Distribution | J | T | | | | | |
| 44. Cypress Semi Conductor Stock | | None | J | T | | | | | |
| 45. Intrepid Small Cap fnd | A | Distribution | J | T | | | | | |
| 46. Cosan Ltd Stock | | None | | | Sold | 03/16/12 | J | A | |
| 47. TE Connectivity Stock | | None | J | T | | | | | |
| 48. Adtrain Inc Stock | | None | | | Sold | 06/19/12 | J | A | |
| 49. Occidental Pet Corp Stock | A | Dividend | J | T | | | | | |
| 50. Fid Sel Medical Delivery Fnd | A | Distribution | | | Sold | 11/27/12 | J | A | |
| 51. Fif Sel Bioteck Fnd | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pearson, Ronald G. | 06/25/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Lot, Hatchery Run, Randolph County, WV | | None | L | W | | | | | |
| 53. Apple stock | A | Dividend | K | T | Buy | 04/03/12 | K | | |
| 54. Fid Sel Banking Fnd | A | Distribution | J | T | Buy | 04/30/12 | J | | |
| 55. Fid Sel IT Services | A | Distribution | K | T | Buy | 04/30/12 | K | | |
| 56. Fid Sel Retailing Fnd | A | Distribution | J | T | Buy | 04/30/12 | J | | |
| 57. American Tower corp | A | Dividend | J | T | Buy | 04/30/12 | J | | |
| 58. Stratasys stock | | None | J | T | Buy | 11/28/12 | J | | |
| 59. 3 D Systems stock | | None | K | T | Buy | 11/28/12 | K | | |
| 60. Nuance Communications stock | | None | J | T | Buy | 01/27/12 | J | | |
| 61. Cisco Stock | A | Dividend | J | T | Buy | 08/23/12 | J | | |
| 62. The Fresh Market stock | A | Dividend | J | T | Buy | 08/23/12 | J | | |
| 63. Hartford 529 plan | A | Distribution | J | T | Buy | 04/19/12 | K | | |
| 64. Hartford 529 plan | A | Distribution | J | T | Sold (part) | 06/12/12 | J | A | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1.000 or less | B =$1.001 - $2.500 | C =$2.501 - $5.000 | D =$5.001 - $15.000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| | F =$50.001 - $100.000 | G =$100.001 - $1.000.000 | H1 =$1.000.001 - $5.000.000 | H2 =More than $5.000.000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15.000 or less | K =$15.001 - $50.000 | L =$50.001 - $100.000 | M =$100.001 - $250.000 | |
| | N =$250.001 - $500.000 | O =$500.001 - $1.000.000 | P1 =$1.000.001 - $5.000.000 | P2 =$5.000.001 - $25.000.000 | |
| | P3 =$25.000.001 - $50.000.000 | | P4 =More than $50.000.000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

FN1  Cheat Mountain Club is a 120 year old hunting ans fishing lodge in Randolph County. WV.  It is owned by six persons.
Rights to use are determined by an annual draft.

Their are no reportable assets over which I have control as a result of the positions listed in Part I.

NOTE:  The asset listed in line 64 of Part V11 has not been listed in previous reports due to my oversite.  This lot was a part of the Cheat Mountain Club Inc (see line 3) for many years.
In 1998 it was deeded to _____ and me in exchange for years of service to this (Cheat Mountain Club Inc) small business and $10.000 in cash payment.

**FINANCIAL DISCLOSURE REPORT**

Page 10 of 10

Name of Person Reporting

Pearson, Ronald G.

Date of Report

06/25/2013

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald G. Pearson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington. D.C. 20544